**\*\* E-filed November 24, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TODD BARNETT, et al., | No. C10-05317 HRL |
| Plaintiffs, | **ORDER REASSIGNING CASE TO A DISTRICT COURT JUDGE** |
| v. | |
| NEXGEN LENDING, INC., | |
| Defendant. | |

On November 23, 2010, Plaintiffs filed a petition for a temporary restraining order and the action was randomly assigned to a magistrate judge for all purposes. (Docket No. 1.) Because Plaintiffs have requested immediate injunctive relief but none of the parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear Plaintiffs' petition. Accordingly, this court ORDERS the Clerk of the Court promptly to reassign this case to a district court judge. *See* 28 U.S.C. § 636.

Dated: November 24, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-05317 HRL Notice will be electronically mailed to:**

**Notice shall be provided by other means to:**

Danielle D Barnett
1547 Gertrude Way
Arnold, CA 95223

Todd W Barnett
1547 Gertrude Way
Arnold, CA 95223

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**