\*\*E-Filed 12/03/2010\*\*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TODD W. BARNETT; DANIELLE D. BARNETT,<br><br>Plaintiffs,<br><br>v.<br><br>NEXGEN LENDING, INC.; MERS and SUCCESSORS; DOES 1-10,000,<br><br>Defendants. | Case Number 5:10-5317 JF (HRL)<br><br>ORDER[1] DENYING *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER<br><br>[Re: Docket No. 1] |

Plaintiffs, proceeding *pro se*, allege that Defendants have initiated unlawful non-judicial foreclosure proceedings with respect to their real property located at 1547 Gertrude Way Arnold, California, 95223. Plaintiffs filed the instant application for a temporary restraining order ("TRO") on November 23, 2010.

A TRO may be issued without notice to the adverse party *only if* "(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it

---

[1] This disposition is not designated for publication in the official reports.

1  should not be required." Fed. R. Civ. P. 65(b)(1).  Moreover, in this district an applicant for a
2  TRO must give notice to the adverse party "[u]nless relieved by order of a Judge for good cause
3  shown, on or before the day of an *ex parte* motion for a temporary restraining order."  Civ. L.R.
4  65-1(b).
5      Plaintiffs have not shown that Defendants have received actual notice of the instant
6  application, nor have they explained why said notice should not be required.  Under the
7  circumstances, the Court need not reach the merits of the application.

8  **ORDER**

9      Good cause therefor appearing, IT IS HEREBY ORDERED that Plaintiffs' application
10  for a TRO is DENIED.

12  DATED: December 3, 2010

13  JEREMY FOGEL
    United States District Judge

Case No. 5:10-5317 JF (HRL)
ORDER DENYING *EX PARTE* APPLICATION  FOR TEMPORARY RESTRAINING ORDER
(JFLC1)

1 | A copy of this order has been sent to:

2 | Todd W. Barnett

3 | 1547 Gertrude Way
Arnold, CA 95223

5 | Danielle D. Barnett

6 | 1547 Gertrude Way
Arnold, CA 95223

3

Case No. 5:10-5317 JF (HRL)
ORDER DENYING *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER
(JFLC1)